No. 907. MARYLAND JOCKEY CLUB v. SPENCER ET AL.

Decided May 22, 1939. *Per Curiam:* The motion of the appellees to dismiss is granted and the appeal is dismissed for want of a substantial federal question. (1) *Carmichael* v. *Southern Coal Co.,* 301 U. S. 495, 521–523; *Thomas* v. *Gay,* 169 U. S. 264, 278–280; *Cincinnati*

*Soap Co.* v. *United States,* 301 U. S. 308, 313; *Rapid Transit Corp.* v. *New York,* 303 U. S. 573, 584–587; (2) *Fort Smith Light Co.* v. *Paving District,* 274 U. S. 387, 391; *Missouri Ry. Co.* v. *Mackey,* 127 U. S. 205, 209; *Rapid Transit Corp.* v. *New York, supra,* at pp. 578–579. Messrs. *Stuart S. Janney* and *Frank B. Ober* for appellant. Messrs. *William C. Walsh, Wm. L. Henderson,* and *Randolph Barton, Jr.* for appellees.